FORM notvhrg

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF ARIZONA

In re:

Blessings, Inc.
1045 S Highland Avenue
Tucson, AZ 85719
SSAN:
EIN: 75-3090054

Debtor(s)

Case No.: 4:20-bk-10797-SHG

Chapter: 11

**FILED**
Feb 26 2021
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY    s/ MelissaE    DEPUTY

NUNC PRO TUNC
Feb 25 2021

## NOTICE OF VIDEOCONFERENCE HEARING

A videoconference hearing in the above-captioned case will be held on **2/25/21** at **02:30 PM**. The **Honorable Scott H. Gan** will consider and/or act upon the following matter(s) at the hearing:

ON THE COURT'S OWN MOTION THE FOLLOWING MATTER IS RESCHEDULED TO 2/25/21 AT 2:30 P.M.:

INITIAL HEARING ON CONFIRMATION OF CHAPTER 11 SMALL BUSINESS SUBCHAPTER V PLAN

Videoconference Hearing Guidelines, which have been implemented by the Court and will be applicable to this videoconference hearing, are located on the Court's website at the following link:
http://azb.uscourts.gov/sites/default/files/videoconferenceguidelines.pdf.

Interested parties may appear at this videoconference hearing using one of the following options:

1. Open an internet browser window (Chrome is recommended) and navigate to https://www.zoomgov.com.
    a. Click on "Join a Meeting" and enter the **Hearing ID: 161 059 4058**.
    b. Follow on-screen instructions, including entering your full name (First, Last), and entering the **Passcode: 192963**.

2. Click on the Videoconference Hearing link:
    **https://www.zoomgov.com/j/1610594058?pwd=M1g1NHNNTWwvd0g0SDNkOWp1U3lyUT09.**
    a. Follow the on-screen instructions, and ensure that your full name (First, Last) is displayed for the record.

Date: February 19, 2021

Address of the Bankruptcy Clerk's Office:
U.S. Bankruptcy Court, Arizona
38 S. Scott Avenue
Tucson, AZ 85701-1704
Telephone number: (520) 202-7500
www.azb.uscourts.gov

Clerk of the Bankruptcy Court:

George Prentice

SUN-55108 0970-4 notvhrg 20-10797
JOHN C SMITH
6720 E. Camino Principal #203
TUCSON, AZ 85715

041506 41506 1 AB 0.425 92101 3 8 9262-1-41739
U.S. District Court
Southern District of California
333 W Broadway, Suite 420
San Diego CA 92101-3806

Electronic Bankruptcy Noticing

**Go Green!**
Sign up for electronic notices. FREE!
Receive notices 24 X 7 and days faster
than through US Mail.
Try our new Email Link service.

To find out how, visit:
**http://bankruptcynotices.uscourts.gov**

041506    5510804154 7019

**OFFICIAL BUSINESS**
UNITED STATES BANKRUPTCY COURT
PENALTY FOR PRIVATE USE, $300
CONTAINS NOTICE of a P⁻
in the
UNITED STATES BANKRUPTCY COURT



PRESORTED
FIRST-CLASS MAIL
POSTAGE & FEES PAID
UNITED STATES COURTS
PERMIT NO. G-18

**FIRST-CLASS MAIL**